UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF GALT, a municipal corporation, | No. 2:15-cv-00189-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| 7 STAR LLC, a California Limited liability company; PACIFIC WESTERN BANK, as successor by merger with CapitolSource Bank; and DOES 1 through 50, | |
| Defendants. | |
| 7 STAR LLC, a California Limited Liability Company, Harjinder S. Sandhu, an individual, Sukhdev Singh Sandhu, an individual, | |
| Cross-Claimants, | |
| v. | |
| CITY OF GALT, a municipal corporation, ROES 1-50, | |
| Cross-Defendants. | |

1

1         Defendants and cross-claimants, 7 STAR LLC, Harjinder S. Sandhu and Sukhdev
2 Singh Sandhu, filed a notice of removal on January 19, 2015.  ECF No. 1.  The notice asserts this
3 court's removal jurisdiction under 28 U.S.C. §§ 1331 and 1441 based on claims arising under 42
4 U.S.C. § 1983, 42 U.S.C. § 3601 and 28 U.S.C. § 1331.  These claims, however, are not part of
5 the original state-court complaint, but are asserted in a cross-claim filed concurrently with the
6 defendants' answer.  *See* ECF Nos. 2–4; Not. Removal Ex. A; *id.* at 2, ECF No. 1 ("This action is
7 a civil action of which this court has original jurisdiction under 28 U.S.C. § 1331 . . . .
8 Specifically, the Defendant's cross complaint raises issues under 42 U.S.C. 1983, 42 U.S.C. 3601,
9 and the 14th Amendment of the United States.").

10         "[A] counterclaim—which appears as part of the defendant's answer, not as part of
11 the plaintiff's complaint—cannot serve as the basis for 'arising under' jurisdiction."  *Holmes*
12 *Grp., Inc. v. Vornado Air Circulation Sys., Inc.*, 535 U.S. 826, 831 (2002).  In other words,
13 "defendants may remove only on the basis of claims brought against them and not on the basis of
14 counterclaims, cross-claims, or defenses asserted by them."  14C Charles A. Wright, et al.,
15 Federal Practice and Procedure § 3730 (4th ed.).

16         The case is REMANDED to the Sacramento County Superior Court.
17         IT IS SO ORDERED.
18  DATED: January 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

2